**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1949**

_____

ASHLEY A. COOK,

       Plaintiff - Appellant,

    v.

DAY & ZIMMERMAN MANAGEMENT SERVICES, INC.,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00111-DJN)

_____

Submitted:  March 12, 2026                     Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ashley A. Cook, Appellant Pro Se.  Emily Jean Carapella, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashley A. Cook appeals the district court's order granting Defendant's motion to dismiss Cook's amended complaint alleging unequal pay in violation of the Equal Pay Act, 29 U.S.C. § 206(d).[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We have reviewed the record in conjunction with the issues raised in the informal brief and find no reversible error. Accordingly, we affirm the district court's order. *Cook v. Day & Zimmerman Mgmt. Servs., Inc.*, No. 3:25-cv-00111-DJN (E.D. Va. July 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Defendant's motion to dismiss this appeal. *See, e.g., Bankers Tr. Co. v. Mallis*, 435 U.S. 381, 386 (1978) (reiterating "that the separate-document rule [provided for in Fed. R. Civ. P. 58] must be mechanically applied in determining whether an appeal is timely" (internal quotation marks omitted)).